Edith Antonia SCHWARTZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 08–74292.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 10, 2011.

Ian Silverberg, Esquire, Hardy Law
Group, Reno, NV, for Petitioner.

Juria L. Jones, Trial, Edward C. Durant, Luis E. Perez, Senior Litigation
Counsel, DOJ–U.S. Department of Justice,
Washington, DC, for Respondent.

Before: CANBY, FERNANDEZ, and
M. SMITH, Circuit Judges.

MEMORANDUM **

Edith Antonia Schwartz, a native and
citizen of El Salvador, petitions for review
of the Board of Immigration Appeals'
("BIA") order denying her motion to reopen proceedings. We dismiss the petition
for review.

We lack jurisdiction over Schwartz's
contention that the BIA should have tolled
the filing deadline for her motion because
she failed to raise that issue before the
BIA. *See Barron v. Ashcroft,* 358 F.3d
674, 678 (9th Cir.2004) (this court lacks
jurisdiction to review contentions not
raised before the agency).

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

PETITION FOR REVIEW DISMISSED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

